COURTROOM MINUTES:  CLERK, U.S. DISTRICT COURT
- [✓] INITIAL APPEARANCE
- [ ] IDENTITY (RULE 5)  SOUTHERN DISTRICT OF TEXAS
- [ ] DETENTION HEARING
- [✓] COUNSEL DETERMINATION HEARING  FILED
- [ ] PRELIMINARY HEARING
- [✓] BOND HEARING  2-29-08
- [ ] HEARING CONTINUED ON ____

THE HONORABLE FRANCES H. STACY, Presiding, Courtroom 703  OPEN: 2:07  ADJOURN: 2:14  MICHAEL N. MILBY, Clerk
Case Manager: Beverly White  RECESS FROM: ____ TO: ____
ERO: M. Harrison
Pretrial Service Officer/Probation Officer: Tendler  [ ] Other District  [ ] Other Division
INTERPRETER REQUIRED: [ ] No  [✓] Yes, Name: Ben Onsoro (Jogolo language) 713-895-8741
Case No. ____

Criminal No. H-06-447M  USDJ ____

UNITED STATES OF AMERICA
vs
Stephen Corso, AUSA

Deft.No. ____  Deft Name: Rudy Gonzales §

Counsel for Defendants  Appt - (A), Retd - (R), FPD - (F)

- [✓] Date of arrest: ____ or [ ] Rule 5, [ ] SRT/Probation violator. [ ] Pretrial Release Violator.
- [✓] Deft first appearance. Deft advised of rights/charges.
- [ ] Deft ____ first appearance with counsel.
- [ ] Deft advises he/she will retain counsel. Deft ___ retained ____, Deft ___ retained ____.
- [✓] Deft ___ FINANCIAL AFFIDAVIT executed. [ ] Court orders defendant to pay $____ to CJA Fund.
- [ ] Federal Public Defender appointed to represent Deft ____.
- [✓] Private Counsel appointed (CJA) to represent Deft to be apptd., Deft _-____, Deft _-____.
- [ ] Deft ___ bond set $____ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $____ Deposit.
- Deft ___ bond set $____ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $____ Deposit.
- Deft ___ bond set $____ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $____ Deposit.
- Deft ___ bond set $____ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $____ Deposit.
- [ ] Surety signatures required ____, ____, ____.
- [ ] Deft ____ Deft advised of conditions of release.
- [ ] BOND EXECUTED and Deft ____ released. [ ] Bond revoked. [ ] Bond reinstated.
- [ ] No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] Deft ____ ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- [✓] Deft ____ ORDER OF DETENTION PENDING TRIAL entered.
- [ ] Deft ____ WAIVER of [ ] Preliminary, [ ] Identity, [ ] Detention Hearing, [ ] Detention Hearing in this district.
- [ ] Court finds [ ] IDENTITY [ ] PROBABLE CAUSE.
- [✓] Deft ____ REMANDED to CUSTODY.
- [ ] Deft ____ ORDERED REMOVED to Originating District.
- [ ] Arraignment set ____
- [ ] Counsel Determination Hearing set ____
- [✓] Preliminary set 3-4-08 10am
- [✓] Detention Hearing set 3-4-08 10am
- [ ] Identity/Removal Hearing set ____

OTHER PROCEEDINGS: ____